

Opinions of the United
States Court of Appeals
for the Third Circuit

11-25-2002

# Glevicky v. Comm College Alghny

Precedential or Non-Precedential: Non-Precedential

Docket No. 01-3277

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Glevicky v. Comm College Alghny" (2002). *2002 Decisions.* Paper 770.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/770

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 01-3277

_____

BONNI G. GLEVICKY

v.

COMMUNITY COLLEGE OF
ALLEGHENY COUNTY, Appellant

_____

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. No. 00-cv-00-cv-02328)
District Judge: Honorable William L. Standish

_____

Submitted Under Third Circuit LAR 34.1(a)
October 15, 2002
Before: BECKER, Chief Judge, ROTH and ROSENN,
Circuit Judges.

(Filed November 25, 2002)
_____

OPINION
_____

BECKER, Chief Judge.

Bonni G. Glevicky brought this action in the District Court for the Western District

of Pennsylvania, alleging violations of the Fair Labor Standards Act of 1938 (FLSA), as

amended, 29 U.S.C. § 201, *et seq.*, the Pennsylvania Wage Payment and Collection Law, 43

P.S. § 260.1, *et seq.*, and the Employee Retirement Income Security Act (ERISA), 29

U.S.C. § 1001, *et seq.* In response to Glevicky's Amended Complaint, defendant Community College of Allegheny County (CCAC) filed an Answer and Counterclaim, alleging misrepresentation under Pennsylvania law. Glevicky then filed a Motion to Dismiss the Counterclaim pursuant to Rule 12(b)(6). The District Court dismissed CCAC's counterclaim for lack of subject matter jurisdiction or, in the alternative, for failure to state a claim upon which relief can be granted. This appeal is from that order.

Glevicky's claim is still alive in the District Court, hence the order dismissing the Counterclaim is not a final order. Absent circumstances not present here, this Court has jurisdiction only over final orders of the District Court. 28 U.S.C. § 1291. Accordingly, the appeal will be dismissed for lack of appellate jurisdiction.

_____

TO THE CLERK:

      Please file the foregoing Opinion.

                                   BY THE COURT:

                                   /s/ Edward R. Becker
                                   Chief Judge